IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH P. THOMAS, JR., WILLIE SEWARD, VICTOR H. PINCKNEY, SR., STEVE YASSKY, JAMES LIPSCHUTZ, ELBERT SMITH, JR., CAROLYN SMITH, and FRANK B. SOLAR, on behalf of themselves and all others similarly situated | : : : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| THE PHILADELPHIA HOUSING AUTHORITY, THE PENNSYLVANIA INSTITUTE OF AFFORDABLE HOUSING PROFESSIONALS, PHA-TENANT SUPPORT SERVICES, INC., THE INSTITUTE OF REAL ESTATE MANAGEMENT d/b/a, a/ka, t/a IREM, CARL GREENE, (individually and in his official capacity), DIANE ROSENTHAL, (individually and in her official capacity), KIRK DORN, (individually and in his official capacity), ASIA CONEY, (individually and in her official capacity) MICHAEL LEITHEAD, (individually and in his official capacity), CAROLYN CARTER, (individually and in her official capacity), LINDA STALEY, (individually and in her official capacity), and JOHN DOE NUMBERS ONE THROUGH TEN (individually and in their official official capacity) | : : : : : : : : : : : : : : : : : : : : : | NO. 10-6185 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 15th day of June, 2011, upon consideration of the Motions to Dismiss Plaintiffs Joseph P. Thomas, Jr., Willie Seward, Victor H. Pinckney, Sr., Steve Yassky, James Lipschutz, Elbert Smith, Jr., Carolyn Smith, and Frank B. Solar's Complaint filed by Defendant Michael Leithead (Docket No. 30), Defendants Philadelphia Housing Authority, Pennsylvania

Institute of Affordable Housing Professionals, and Kirk Dorn (Docket No. 31), Defendants Asia Coney and PHA-Tenant Support Services, Inc. (Docket No. 32), Defendant Carolyn Carter (Docket No. 33), Defendant Linda Staley (Docket No. 34), Defendant Diane Rosenthal (Docket No. 35), Defendant Institute of Real Estate Management (Docket No. 40), and Defendant Carl Greene (Docket No. 51); Plaintiffs' Omnibus Response in Opposition to Defendants' Motions to Dismiss (Docket No. 53); and the Replies filed by Defendants Philadelphia Housing Authority, Pennsylvania Institute of Affordable Housing Professionals, and Dorn (Docket No. 54), Defendant Greene (Docket No. 55), Defendant Staley (Docket No. 56), Defendant Rosenthal (Docket No. 57), Defendant Carter (Docket No. 58), and Defendants Coney and PHA-Tenant Support Services, Inc. (Docket No. 59), it is hereby **ORDERED** that the Motions to Dismiss filed by Defendants Philadelphia Housing Authority, Pennsylvania Institute of Affordable Housing Professionals, PHA-Tenant Support Services, Inc., Institute of Real Estate Management, Carl Greene, Diane Rosenthal, Kirk Dorn, Asia Coney, Michael Leithead, Carolyn Carter, and Linda Staley are **GRANTED**. This case is **DISMISSED** in its entirety.

BY THE COURT:


  *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.